UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY THOMAS, et al.,

    Plaintiffs,

vs.

NATIONAL COLLEGE OF
VIRGINIA, INC.

    Defendant.

Case No. 1:09cv879

Magistrate Judge Bowman

**JURY QUESTIONS AND VERDICT FORM**

## JURY INTERROGATORIES - JENNIFER PARSONS

**INTERROGATORY NO. 1:**  Do you find by a greater weight of the evidence that National College committed an unfair or deceptive act by violating the Consumer Sales Practices Act as to the Plaintiff Jennifer Parsons?

        YES_____        NO\_\_\_X\_\_\_

*If you answered "no" to Interrogatory No.1, proceed no further, sign these Jury Interrogatories and complete a Verdict Form for Defendants on page 4.  If you have answered "yes" to question 1 then continue and answer the following Interrogatories.

**INTERROGATORY NO. 2:**  If you find that National College committed any unfair and deceptive act or practice as to Plaintiff Jennifer Parsons, do you further find that such act or practice was committed knowingly, as previously defined.

        YES_____        NO_____

∗Proceed to Interrogatory No. 3 regardless of your answer to this question.

**INTERROGATORY NO. 3:** If you have found that National College committed an unfair or deceptive act, do you find that the Plaintiff Jennifer Parsons suffered compensatory damages as defined by the Court.

        YES_____        NO_____

**INTERROGATORY NO. 4 :** If you answered yes to the above question, what is the amount of compensatory damages that you find was proximately caused by the acts of National College?

$_____

**INTERROGATORY NO. 5:** Do you find that the Plaintiff suffered non-economic damages as defined by the Court?

YES_____         NO_____

**INTERROGATORY NO. 6:** If you answered yes to the above, what is the amount of non-economic damages suffered by the Plaintiff Jennifer Parsons, however, such amount is not to exceed $5,000.00?

$_____

**INTERROGATORY NO. 7:** If you have found by the greater weight of the evidence that National College committed an unfair or deceptive act by violating the Consumer Sales Practices Act as to the Plaintiff Jennifer Parsons, do you find that the act that violated the Consumer Sales Practices Act was committed as a result of a bona fide error committed by National College as defined by the Court?

YES_____         NO_____

  Please have all eight jurors sign below when you have finished completing these Jury Interrogatories.

Signed this <u>19th</u> day of October, 2012.

   *s/ Juror #1*        *s/Juror #2*

   *s/Juror #3*        *s/Juror #4*

   *s/Juror #5*        *s/Juror #6*

   *s/Juror #7*        *s/Juror #8*

## JURY INTERROGATORIES - ANTOINETTE PROSSER

**INTERROGATORY NO. 1:**  Do you find by a greater weight of the evidence that National College committed an unfair and/or deceptive act by violating the Consumer Sales Practices Act as to the Plaintiff Antoinette Prosser?

YES_____          NO__X_____

*If you answered "no" to Interrogatory No.1, proceed no further, sign these Jury Interrogatories and complete a Verdict Form for Defendants on page 7.  If you have answered "yes" to question 1 then continue and answer the following Interrogatories

**INTERROGATORY NO. 2:**  If you find that National College committed any unfair and deceptive act or practice as to Plaintiff Antoinette Prosser, do you further find that such act or practice was committed knowingly, as previously defined.

YES_____          NO_____

∗Proceed to Interrogatory No. 3 regardless of your answer to this question.

**INTERROGATORY NO. 3:** If you have found that National College committed an unfair or deceptive act, do you find that the Plaintiff Antoinette Prosser suffered compensatory damages as defined by the Court.

YES_____          NO_____

**INTERROGATORY NO. 4:** If you answered yes to the above question, what is the amount of compensatory damages that you find was proximately caused by the acts of National College?

$_____

**INTERROGATORY NO. 5:** Do you find that the Plaintiff suffered non-economic damages as defined by the Court?

                YES_____                NO_____

**INTERROGATORY NO. 6:** If you answered yes to the above, what is the amount of non-economic damages suffered by the Plaintiff Antoinette Prosser, however, such amount is not to exceed $5,000.00?

$_____

**INTERROGATORY NO. 7 :** If you have found by the greater weight of the evidence that National College committed an unfair or deceptive act by violating the Consumer Sales Practices Act as to the Plaintiff Antoinette Prosser, do you find that the act that violated the Consumer Sales Practices Act was committed as a result of a bona fide error committed by National College as defined by the Court?

                YES_____                NO_____

Please have all eight jurors sign below when you have finished completing these Jury Interrogatories.

Signed this <u>19th</u> day of October, 2012.

| | |
|---|---|
| *s/ Juror #1* | *s/Juror #2* |
| *s/Juror #3* | *s/Juror #4* |
| *s/Juror #5* | *s/Juror #6* |
| *s/Juror #7* | *s/Juror #8* |