# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ANTHONY THOMAS, et al.
    Plaintiffs,

v.                                        Case No. 1:09cv879
                                            (Bowman, M.J.)

NATIONAL COLLEGE OF VIRGINIA,
    Defendant.

## JUDGMENT IN A CIVIL CASE

- **[X]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

- **[ ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: that the jury rendered a verdict in favor of Defendant and against Plaintiffs.

Date: October 19, 2012                   JOHN P. HEHMAN
                                                    Clerk of Court

                                                      By:  /s/ Jan Lahley, Deputy Clerk